# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:22-cv-03029<br>) Honorable Edmond. E. Chang |
| B-O-F CORPORATION, JP MANAGEMENT COMPANY and JAMES KNORRING, | )<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff, Twin City Fire Insurance Company ("Twin City"), by its attorneys, Michael J. Duffy and Michael J. O'Malley of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as no defendant has served an answer or a motion for summary judgment, dismisses this action in its entirety, with prejudice, with each party to bear its own costs and respective attorney's fees.

    Respectfully submitted,

    Twin City Fire Insurance Company,

    By:   /s/ Michael J. O'Malley
          One of Its Attorneys

Michael J. O'Malley (6310024)
michael.o'malley@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
(312) 704-0550
(312) 704-1522 (fax)

276282543v.1

## CERTIFICATE OF SERVICE

   I hereby certify that on October 6, 2022, I caused to be electronically filed Syndicate 1861'S Notice of Voluntary Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              By:   /s/ Michael J. O'Malley
                    One of the Attorneys for Twin City Fire
                    Insurance Company